IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Warren Hartman, Carolyn Hartman, | ) | Civil No. 08-5747 (PAM/RLE) |
| University of Minnesota Physicians, | ) | |
| and Wadena County, | ) | |
| | ) | |
| Defendants. | ) | |

**Order for Dismissal of University of Minnesota Physicians**

For good cause shown, defendant University of Minnesota Physicians is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.


Dated:  March  5 , 2009          s/Paul A. Magnuson
                                 The Honorable Paul Magnuson
                                 United States District Judge

4012615.1