IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Warren Hartman, Carolyn Hartman, | ) | Civil No. 08-5747 (PAM/RLE) |
| University of Minnesota Physicians, | ) | |
| and Wadena County, | ) | |
| | ) | |
| Defendants. | ) | |

**Order for Dismissal of Wadena County**

For good cause shown, Wadena County is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.


Dated: March 20, 2009            s/Paul A. Magnuson
                                 The Honorable Paul Magnuson
                                 United States District Judge