IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-5747 (PAM/RLE) |
| | ) | |
| WARREN HARTMAN, CAROLYN HARTMAN, UNIVERSITY OF MINNESOTA PHYSICIANS, WADENA COUNTY | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court has been informed that the United States and defendants Warren and Carolyn Hartman have reached a settlement in this case. Therefore, the Court's April 29, 2009 Order of Sale (Doc.#25) is **VACATED** and the Motion for Emergency Reconsideration is moot (Doc. #48).

SO ORDERED.

Dated: December  4 , 2009           s/Paul A. Magnuson
                                    The Honorable Paul A. Magnuson
                                    United States District Judge